| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____   Chapter   11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Stokes & Stokes Properties, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   26-0517702

4. **Debtor's address**

   **Principal place of business**
   
   1849 Dillon Road  
   Ambler, PA 19002  
   Number, Street, City, State & ZIP Code
   
   Montgomery  
   County

   **Mailing address, if different from principal place of business**
   
   P.O. Box, Number, Street, City, State & ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  __Stokes & Stokes Properties, LLC_____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**   A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ☒ Yes.

District: Eastern District of Philadelphia   When: 6/3/25   Case number: 25-12226
District: _____   When: _____   Case number: _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor   Stokes & Stokes Properties, LLC _____   Case number (*if known*) _____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                              Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☒ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor   Stokes & Stokes Properties, LLC   Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 3, 2026
              MM / DD / YYYY

**X** /s/   Michelle Williams                             Michelle Williams
Signature of authorized representative of debtor           Printed name

Title

**18. Signature of attorney**

**X** /s/ Demetrius Parrish                                Date   February 3, 2026
Signature of attorney for debtor                                  MM / DD / YYYY

Demetrius Parrish 57512
Printed name

Law Offices of Demetrius J. Parrish
Firm name

7715 Crittenden Street, #360
Philadelphia, PA 19118
Number, Street, City, State & ZIP Code

Contact phone   (215) 735-3377        Email address   djpbkpa@gmail.com

57512 PA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Stokes & Stokes Properties, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PECO<br>2301 Market Street<br>Philadelphia, PA 19103 | | | Disputed | | | $0.00 |
| PGW<br>Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | | | Disputed | | | $0.00 |
| Philadelphia Water Revenue<br>Philadelphia Municipal Services Bldg<br>Philadelphia, PA 19102 | | | | | | $0.00 |
| U.S. Trust National Association<br>60 LIVINGSTON AVENUE<br>EP-MN-WS3D<br>Saint Paul, MN 55107 | | | Disputed | Unknown | $0.00 | $0.00 |

```
April Timbers
2101 N. Marshall Street, Unit 2
Philadelphia, PA 19122


Ayesha Rankin, Quintara Gardner, et. al.
1617 Cecil B. Moore Avenue
Philadelphia, PA 19121


Barber Life, LLC
1617 Cecil B. Moore Avenue
Philadelphia, PA 19121


Fay Servicing, LLC
1601 Lyndon B. Johnson Fwy
Dallas, TX 75234


Kylia Alston
3212 W. Diamond Street
19121


Lockey Tolliver and Byron Howell
3212 Diamond Street
Philadelphia, PA 19121


Majorie Tucker
5717 Fairhill Street
Philadelphia, PA 19120


PECO
2301 Market Street
Philadelphia, PA 19103


PGW
Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122


PGW
800 Montgomery Avenue
19122


Philadelphia Water Revenue
Philadelphia Municipal Services Bldg
Philadelphia, PA 19102


Philadelphia Water Revenue
Municipal Services Bldg
Philadelphia, PA 19102


Talib Abdul Mujib
1617 Cecil B. Moore, Unit 3
Philadelphia, PA 19121


Tamara Holmes
3212 W. Diamond Street
Philadelphia, PA 19121
```

```
Tiffany Wright
1945 Van Pelt Street
Philadelphia, PA


U.S. Trust National Association
60 LIVINGSTON AVENUE
EP-MN-WS3D
Saint Paul, MN 55107
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  Stokes & Stokes Properties, LLC                              Case No.
                                    Debtor(s)                       Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Stokes & Stokes Properties, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]


February 3, 2026                              /s/ Demetrius Parrish
**Date**                                      Demetrius Parrish 57512
                                              Signature of Attorney or Litigant
                                              Counsel for   Stokes & Stokes Properties, LLC
                                              Law Offices of Demetrius J. Parrish
                                              7715 Crittenden Street, #360
                                              Philadelphia, PA 19118
                                              (215) 735-3377  Fax:(215) 827-5420
                                              djpbkpa@gmail.com